## McGowan's Estate

Before Henderson, Van Dusen, Stearne and Sinkler, JJ., and Marx, P. J., twenty-third judicial district.

*J. Ernest Nachod,* for exceptant.

HENDERSON, J., January 20, 1933.—A careful review of the adjudication and of the brief for the exceptant leads us to the conclusion that the auditing judge was right and for the reasons given by him.

The exceptions are dismissed and the adjudication is confirmed absolutely.